IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANINE PHILLIPS AFRICA | : | CIVIL ACTION |
| v. | : | |
| LONNIE OLIVER, et al. | : | NO. 18-4235 |

ORDER

AND NOW, this 26th day of October, 2018, after a telephone conference with counsel for Janine Phillips Africa and counsel for Lonnie Oliver and by agreement of those parties, it is hereby ORDERED that respondent the Attorney General of the State of Pennsylvania is DISMISSED from this action.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.