IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANINE PHILLIPS AFRICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LONNIE OLIVER | : | NO. 18-4235 |

ORDER

AND NOW, this 19th day of November, 2018, after a telephone conference with counsel, it is hereby ORDERED that:

(1) on or before November 30, 2018, respondent shall produce to petitioner all documents in petitioner's Parole Board file that respondent agrees to produce voluntarily along with an index of all documents contained in the file;

(2) on or before November 30, 2018, respondent shall provide to the court for in camera review a copy of petitioner's complete Parole Board file along with the index of all documents contained therein;

(3) on or before December 10, 2018, petitioner shall file and serve a motion to compel the production of any documents withheld by respondent that petitioner seeks, together with a supporting brief; and

(4) on or before December 21, 2018, respondent shall file and serve any opposing brief.

BY THE COURT:

/s/ Harvey Bartle III
J.