```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JANINE PHILLIPS AFRICA | : | CIVIL ACTION |
| v. | : | |
| LONNIE OLIVER | : | NO. 18-4235 |
| _____ | : | |
| JANET HOLLOWAY AFRICA | : | CIVIL ACTION |
| v. | : | |
| LONNIE OLIVER | : | NO. 18-4236 |

## ORDER

AND NOW, this 2nd day of January, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motions of petitioners to compel discovery (Docs. # 9) are GRANTED as to the records of the Pennsylvania Office of Victim Advocate contained in petitioners' Parole Board files;

(2) on or before January 15, 2019, defendant shall produce to this court for in camera review the Parole Board decisional instrument for Debbie Sims Africa; and

(3) the motions to compel discovery of the Parole Board decisional instrument for Debbie Sims Africa will be held in abeyance pending in camera review.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.
```